UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES EUGENE LUTTRELL,            )
                                  )
           Plaintiff,             )      Case No. 1:07-cv-864
                                  )
v.                                )      Honorable Wendell A. Miles
                                  )
MARY BERGHUIS, et al.,            )
                                  )
           Defendants.            )
_____)

**ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT**

By opinion and judgment entered November 5, 2007, this court dismissed the captioned prisoner civil rights case for failure to state a claim upon which relief can be granted. On November 15, 2007, plaintiff posted a document captioned "Objections on Court's Judgment and Opinion's [sic]." Because plaintiff's submission was posted within ten days of the entry of judgment, the court must consider it as a motion to alter or amend judgment pursuant to Rule 59(e). The court has reviewed plaintiff's motion and finds no arguable ground for altering or amending its judgment. Accordingly:

IT IS ORDERED that plaintiff's objections (docket # 7), construed as a motion to alter or amend judgment under FED. R. CIV. P. 59(e), be and hereby is DENIED.

Dated:  November 29, 2007                    /s/ Wendell A. Miles
                                             Wendell A. Miles
                                             Senior United States District Judge